UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
COLLEEN VINCENT              )
                             )
                             )
            Plaintiff,       )
                             )      1:06-CV-00350 OWW SMS
       v.                    )
                             )      ORDER DISMISSING ACTION
DANIELLE BOUDREAUX, ET AL    )      FOR LACK OF PROSECUTION
                             )
                             )
            Defendant.       )
                             )
                             )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.


IT IS SO ORDERED.

Dated:   October 18, 2006                      /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

1